

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
JUNE 1, 2022 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:22-cr-00112
 18 U.S.C. § 2251(a)
 18 U.S.C. § 2251(e)
WILLIAM LAWRENCE BRYANT  18 U.S.C. § 2252A(a)(2)
 18 U.S.C. § 2252A(b)(1)
 18 U.S.C. § 2252A(a)(5)(B)
 18 U.S.C. § 2252A(b)(2)

**I N D I C T M E N T**

The Grand Jury Charges:

**COUNT ONE**

On or about June 30, 2021, at or near Fayetteville, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant WILLIAM LAWRENCE BRYANT did employ, use, persuade, induce, entice, and coerce a minor, Minor Male 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that have been mailed, shipped, or transported in or affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO

From in or about 2017 to on or about March 1, 2021, at or near Fayetteville, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant WILLIAM LAWRENCE BRYANT did knowingly receive and attempt to receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by cell phone and computer, and by using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT THREE

From in or about 2017 to on or about March 1, 2021, at or near Fayetteville, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant WILLIAM LAWRENCE BRYANT did knowingly distribute and attempt to distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by cell phone and computer, and by using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FOUR

On or about April 1, 2022, at or near Fayetteville, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant WILLIAM LAWRWENCE BRYANT did knowingly possess material, that is, computer graphic image files, containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved prepubescent minors or minors who had not attained 12 years of age, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**FORFEITURE**

In accordance with 18 U.S.C. § 2253(a) and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant WILLIAM LAWRENCE BRYANT of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment, including, but not limited to, digital media, cell phone(s), tablet(s), and computer equipment seized on April 1, 2022.

WILLIAM S. THOMPSON
United States Attorney

By: _____
RYAN A. KEEFE
Assistant United States Attorney